IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES M. MARGERUM, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 2:08-cv-01761 |
| | ) | |
| v. | ) | Hon. Gary L. Lancaster |
| | ) | |
| PORT AUTHORITY OF ALLEGHENY COUNTY and BOARD OF DIRECTORS of PORT AUTHORITY OF ALLEGHENY COUNTY | ) | |
| Defendants. | ) | |

## ~~PROPOSED~~ ORDER

AND NOW, this 9th day of March 2009, upon consideration of Defendant, Board of Port Authority of Allegheny County's, Motion to Dismiss, the briefs and arguments of the parties, IT IS HEREBY ORDERED that the motion be granted. The Complaint, as against Board of Port Authority of Allegheny County, is dismissed in its entirety with prejudice. The caption of this action shall be amended accordingly.

_____
Judge Gary L. Lancaster