IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES M. MARGERUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-1761 |
| ) | |
| v. ) | |
| ) | |
| PORT AUTHORITY OF ) | Judge Gary Lancaster |
| ALLEGHENY COUNTY, ) | |
| ) | |
| Defendant. ) | Electronically Filed |
| ) | |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for the purposes of interpreting and enforcing the Settlement Agreement.

FOR THE PLAINTIFF:

LAW OFFICES OF LOIS GLANBY

By: /s/ Lois Glanby
    Lois Glanby, Esquire
    Robert M. Owsiany, Esquire
    152 E. Highland Drive
    McMurray, PA 15317
    (724) 942-0524

Counsel for Plaintiff James M. Margerum

FOR THE DEFENDANT:

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ Miranda Nickles
    Miranda Nickles, Esquire
    U.S. Steel Tower
    600 Grant Street, 44th Floor
    Pittsburgh, PA 15219
    (412) 566-6000

Counsel for Defendant Port Authority of Allegheny County

Dated: July 15, 2009

SO ORDERED, this 16 day of July, 2009.

_____, J.
Gary L. Lancaster, U.S. District Judge